1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAWAN PERMPOON,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., as Trustee for ABFC 2006-OPT2 Trust, ABFC Asset-Backed Certificates, Series 2006-OPT2, and John and Jane Doe 1-5,<br><br>Defendants. | 37-2010-00088752-CU-OR-CTL<br>Case No. 3:10-CV-01062-BTM-POR<br><br>Hon. Barry Ted Moskowitz Crtrm. 15<br><br>**ORDER REGARDING NOTICE OF WITHDRAWAL OF NOTICE OF REMOVAL AND STIPULATION TO REMAND**<br><br>[San Diego County Superior Court Case No. 37-2010-00088752-CU-OR-CTL]<br><br>Complaint Filed: March 29, 2010<br>Trial Date: None |

IT IS HEREBY ORDERED that pursuant to the stipulation of all parties regarding the Notice of Withdrawal of Notice of Removal by defendant Wells Fargo Bank, N.A., the above-referenced matter is hereby remanded to the Superior Court of California for San Diego County. PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 27, 2010

_____
Judge Barry Ted Moskowitz

{LA064148;1}                            2                            ORDER
                                                CASE NO. 3:10-CV-01062-BTM-POR